**No. 48450.**— Protests 826863–G, etc., of Shaker N. Arida et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48451.**—Protests 895083–G, etc., of D. & B. Import Co. et al.   (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48452.**—Protest 97962–K of Italian Furniture Frame Corp.   (New York).

Opinion by KEEFE, J.   At the trial the importer admitted that he did not, file an affidavit of shortage because he was of the opinion that it was not necessary as the appraiser had reported "No legs found—Parts short." On the evidence presented it was found that the collector should have made an allow- ance for shortage reported by the appraiser in case 468 of the 24 armchair legs in question under the provisions of section 499, Tariff Act of 1930.   The col- lector was therefore directed to reliquidate accordingly.

**No. 48453.**—Protests 17530–K, etc., of Chee Wo Tong et al. (Seattle, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48454.**—Protests 69684–K, etc., of F. W. Myers & Co., Inc., et al. (Detroit. etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48455.**—Protests 811785–G, etc., of Lichtman & Kopel, Inc., et al. (Rochester etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48456.**—Protests 919839–G, etc., of John Morgan, Inc., et al. (Baltimore, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48457.**—Protests 948846–G, etc., of O. R. Pieper & Co. et al. (Milwaukee, etc.)

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.